

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00728-CV

———————————————

IN RE STEVE SPROWLS, Relator

---

Original Proceeding

---

Before Birdwell, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, real party in interest's brief in response, and respondent's brief in response and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: January 7, 2026